```
┌─────────────────────────────┐
│ ✓ FILED      ___ LODGED     │
│ ___ RECEIVED ___ COPY       │
│                             │
│      MAR 19 2021            │
│                             │
│  CLERK U S DISTRICT COURT   │
│   DISTRICT OF ARIZONA       │
│ BY_____ DEPUTY   │
└─────────────────────────────┘
```

MICHAEL BAILEY
United States Attorney
District of Arizona
GAYLE L. HELART
Assistant U.S. Attorney
California State Bar No. 151861
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Email: gayle.helart@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-179-PHX-GMS |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 18 U.S.C. §§ 2252(a)(4)(B), (b)(2) and and 2256 (Possession of Child Pornography With Prior Qualifying Conviction) Count 1 |
| Gregory Thomas Cardullo, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

On or about the December 10, 2020, in the District of Arizona, and elsewhere, defendant GREGORY THOMAS CARDULLO, a person with a prior qualifying conviction, that is, Distributing / Receiving Child Pornography, Case No. CR-07-00256-001-PHX-GMS, did knowingly possess and knowingly access with intent to view, a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depiction possessed and accessed by the defendant was contained on an LG Journey cellular telephone. The visual depiction on the cellular telephone had been mailed, shipped and transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, and transported, by any means, including by computer. Some of the visual depictions located on the cellular phone, can be described as follows:

| | |
|---|---|
| 1 | 0.mp4 |
| 2 | 1.mp4 |
| 3 | 1_2.mp4 |
| 4 | 2.mp4 |
| 5 | 3.mp4 |
| 6 | 6.mp4 |
| 7 | 7.mp4 |
| 8 | 8.mp4 |
| 9 | 8_2.mp4 |
| 10 | 9.mp4 |
| 11 | 11.mp4 |
| 12 | a.mp4 |
| 13 | p.mp4 |
| 14 | t.mp4 |

15  In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256.

16

17  Dated this 16th day of February, 2021.

18  MICHAEL BAILEY
19  United States Attorney
    District of Arizona

20  GAYLE                    Digitally signed by GAYLE
                             HELART
21  s/Gayle Helart HELART    Date: 2021.02.16 17:33:01
                             -07'00'
22  GAYLE L. HELART
    Assistant United States Attorney

23

24

25

26

27

28